IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCUS ORLANDO SINGLETON,

    Petitioner,

v.

JUDY P. SMITH,

    Respondent.

ORDER

Case No. 15-cv-355-wmc

Petitioner Marcus Orlando Singleton, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests leave to proceed without prepayment of the filing fee (dkt. #2), but has not submitted a six-month trust fund account statement.

Federal law does not permit a court to waive a prisoner's entire obligation to pay filing fees, but it does allow a qualifying individual to proceed without prepaying some or all of the filing fee. To determine whether petitioner qualifies as indigent, any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 5, 2014 through the date of the petition, June 5, 2015

ORDER

IT IS ORDERED that:

1.    Petitioner Marcus Orlando Singleton, may have until July 2, 2015, to pay the $5 filing fee or submit a certified copy of his inmate trust fund account statement for the six-month period from the date of the habeas petition (June 5, 2015 through at least December 5, 2014).

    2.    If petitioner fails to pay the $5 filing fee or submit a certified inmate trust fund account statement by July 2, 2015, this case will be dismissed without further notice.

Entered this 12th day of June, 2015.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge