IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCUS ORLANDO SINGLETON,

      Petitioner,                                                                    ORDER

  v.

                                                            Case No.  15-cv-355-wmc

JUDY P. SMITH,

      Respondent.

On June 12, 2015, I entered an order in this case directing petitioner Marcus Orlando Singleton to submit, by July 2, 2015, either the $5 filing fee or a six-month inmate trust fund account.  On June 24, 2015, petitioner submitted a trust fund account statement from May 15, 2015 through May 29, 2015 (dkt. #5-2).  In order to determine whether petitioner is indigent, petitioner will need to submit a complete, six-month trust fund account statement for the period beginning approximately December 5, 2014 and ending approximately June 5, 2015.  Therefore, I will grant petitioner an extension of time until July 15, 2015, to submit a six-month trust fund account statement.

ORDER

IT IS ORDERED that petitioner Marcus Orlando Singleton may have an until July 15, 2015 to submit a certified six-month trust fund account statement for the period beginning approximately December 5, 2014 and ending approximately June 5, 2015.  If, by July 15, 2015, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

Entered this 26th day of June, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge