IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCUS ORLANDO SINGLETON

    Petitioner,                       JUDGMENT IN A CIVIL CASE

v.                                         Case No. 15-cv-355-wmc

JUDY SMITH, Warden,
Oshkosh Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Marcus Orlando Singleton's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 7/6/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |