JUDY P. SMITH

    Respondent.

V.

MARCUS O SINGLETON

    Petitioner

U.S.C.A. - 7th Circuit
RECEIVED
JUL 17 2017
GINO J. AGNELLO
CLERK

PETITIONER REQUEST
TO APPEAL UNITED STATE DISTRICT
COURT FOR THE WESTERN DISTRICT OF
WISCONSIN

The Petitioner, Marcus O Singleton, hereby request premission and leaeve to appeal the judgment and order entered on July 6, 2017. Wherein, Petitioner Writ of Habeas Corpus Petition was denied.

The Petitioner, also respectfull ask the court to provide him with Practitioner Hand Book for Appeals and Federal rules of Appeals Procedure. Thank you

respectfully submitted
Marcus Singleton #571881

Dated 7/11/2017
Greenbay correctional Institution
P.O. Box 19033
Greenbay, WI 54307